



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 14, 2023**

United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ESES MONAHANS, LLC, | § | CASE NO. 21-41080 |
| | § | |
| LAKEWOOD ENERGY SOLUTIONS, LLC, | § | CASE NO. 21-41079 |
| | § | |
| Debtors. | § § | *Jointly Administered Under Case No. 21-40179* |

## FINAL DECREE

This Court has considered *Debtors' Application for Entry of Final Decree* and finds that the estates of ESES Monahans, LLC and Lakewood Energy Solutions, LLC (together the "Reorganized Debtors") have been fully administered, as set out below:

1. Debtors' *First Amended Joint Plan of Reorganization Under Subchapter V* (the "Plan") was confirmed on November 20, 2021, by the Court's entry of its *Findings of Facts, Conclusions of Law, and Order Confirming Debtors' First Amended Joint Plan of Reorganization Under Subchapter V* (Docket No. 67) ("Confirmation Order).

2. The Reorganized Debtors have taken or caused to be taken all actions necessary or appropriate to consummate, implement or perform all provisions of the Plan, including (a) transfer of property proposed to be transferred; (b) distribution of proceeds proposed to be distributed; (c) assumed the business or management of the property; and (d) commenced payments proposed by the Plan.

3. All motions, contested maters, and adversary proceedings have been fully resolved.

4. The Subchapter V Trustee filed its Status Report on March 20, 2023 (Docket No. 86) supporting the entry of a final decree.

ACCORDINGLY, IT IS HEREBY

ORDERED that the Application is GRANTED;

ORDERED that all outstanding reports have been filed and all quarterly fees owed to the United States Trustee have been paid. It is further

ORDERED that the chapter 11 cases of the Debtors are hereby closed.

###END OF ORDER###